1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 628783)
   Special Assistant United States Attorney
5
      150 South Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5061
7     Facsimile: (408) 535-5066
      chad.mandell@usdoj.gov        ***E-FILED - 8/25/09***
8
   Attorneys for the United States,
9

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13
   UNITED STATES OF AMERICA,        )   No. CR 09-00620-01 RMW
14                                  )
                  Plaintiff,        )
15                                  )   STIPULATION AND []
   vs.                              )   ORDER CONTINUING HEARING
16                                  )
                                    )
17 BRIAN MATTHEW GARCIA,            )
                                    )
                  Defendants.       )
18 _____ )

19

20                                **STIPULATION**

21     The parties, by and through their respective counsel, hereby stipulate and agree that the

22 sentencing hearing currently set for September 8, 2009, may be continued to October 26, 2009, at

23 9:00 a.m.  The reason for the requested continuance is to permit the U.S. Probation Office to

24 conduct further investigation into one of Defendant's prior criminal offenses, and to allow the

25 parties sufficient time to respond to the U.S. Probation Office's presentence report.

26

Stipulation and [ Order Continuing
Hearing, CR 09-00620-01 RMW         1

1

Dated: August 18, 2009

2

                                                        s/_____

3

                                                        GEOFFREY BRAUN
Counsel for Mr. Brian Matthew Garcia

4

Dated: August 18, 2009

5

                                                        s/_____

6

                                                        CHAD MANDELL
Assistant United States Attorney

7

8                                               **[] ORDER**

9     Good cause appearing and by stipulation of the parties, it is hereby ordered that the

10 sentencing hearing of September 8, 2009 shall be continued to October 26, 2009 at 9:00 a.m.

11

12 Dated: August 25, 2009

                                                */s/ Ronald M. Whyte*

13                                                 RONALD M. WHYTE
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26