1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   CAROLYNE ARANGO SANIN (DCBN 499564)
   Special Assistant United States Attorney
5      150 South Almaden Boulevard, Suite 900
       San Jose, California 95113
6      Telephone: (408) 535-5596
       Facsimile: (408) 535-5066
7      carolyne.sanin@usdoj.gov

8  Attorneys for the United States

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,       )   No.   09CR 620 RMW
14                                 )
          Plaintiff,                )   STIPULATION AND
15                                 )   ORDER CONTINUING HEARING TO
       v.                          )   October 31, 2011
16                                 )
   BRIAN GARCIA,                   )
17                                 )
          Defendant.                )
18                                 )
                                   )
19

20     The Parties, Richard Pointer and the United States, acting through respective counsel,

21 hereby stipulate, subject to the Court's approval, that the hearing currently set for October 3,

22 2011 at 9am be vacated, and that the hearing be re-set for October 31, 2011 at 9am.  The parties

23 are requesting the continuance of the hearing for the continuity of counsel in light of the fact that

24 this case will likely be re-assigned to defense attorney Richard Gordon by the CJA panel.  Mr.

25 Gordon was recently assigned to represent the defendant in case number 5:11-CR-638-EJD and it

26 is expected that he will also be appointed to represent the defendant with respect to his

27 supervised release violation.

28

                                       1

DATED: September 28, 2011              MELINDA HAAG
                                       United States Attorney


                                       ___/s/_____
                                       Carolyne A. Sanin
                                       Special Assistant United States Attorney



                                       ___/s/_____
                                       Richard Pointer
                                       Attorney for Defendant


## [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for October 3, 2011 at 9am is vacated, and the matter is continued to October 31, 2011 at 9am.

IT IS SO ORDERED.

DATED:"; 1521 33                       _____
                                       RONALD M. WHYTE
                                       UNITED STATES DISTRICT JUDGE