| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | CAROLYNE ARANGO SANIN (DCBN 499564)<br>Special Assistant United States Attorney |
| 5 | 150 South Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 6 | Telephone: (408) 535-5596<br>Facsimile: (408) 535-5066 |
| 7 | carolyne.sanin@usdoj.gov |
| 8 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN GARCIA,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | No.   09CR 620 RMW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING HEARING TO<br>NOVEMBER 7, 2011 |

The Parties, Richard Pointer and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for October 31, 2011 at 9am be vacated, and that the hearing be re-set for November 7, 2011 at 9am. The parties are requesting the continuance of the hearing due to the unavailability of probation officer, Esmeralda Gupton, on October 31, 2011.

1

| | | |
|---|---|---|
| 1 | DATED: September 28, 2011 | MELINDA HAAG<br>United States Attorney |
| 2 | | |
| 3 | | ___/s/_____<br>Carolyne A. Sanin |
| 4 | | Special Assistant United States Attorney |
| 5 | | |
| 6 | | /s/ Richard Pointer |
| 7 | | Richard Pointer<br>Attorney for Defendant |

### [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for October 31, 2011 at 9am is vacated, and the matter is continued to November 7, 2011 at 9am.

IT IS SO ORDERED.

DATED: F€D€î ĐF

_____<br>
RONALD M. WHYTE<br>
UNITED STATES DISTRICT JUDGE