MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                            )<br>                                                          )<br>        v.                                             )<br>                                                          )<br> BRIAN GARCIA,                          )<br>                                                          )<br>            Defendant.                       )<br>                                                          )<br>_____ ) | No.    09CR 620 RMW<br><br>STIPULATION AND []<br>ORDER CONTINUING HEARING TO<br>DECEMBER 5, 2011 |

The Parties, Jack Gordon and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for October 31, 2011 at 9am be vacated, and that the hearing be re-set for December 5, 2011 at 9am. The parties are requesting the continuance of the hearing due to the fact that Jack Gordon, who was recently appointed to represent the defendant with respect to the form 12 violation, is unavailable on October 31, 2011.

1

1  | DATED: October 27, 2011      MELINDA HAAG
2  |                                      United States Attorney

                                                                      ___/s/_____
                                                                        Carolyne A. Sanin
                                                                        Special Assistant United States Attorney

                                                                        ___/s/_____
                                                                        Jack Gordon
                                                                        Attorney for Defendant

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for October 31, 2011 at 9am is vacated, and the matter is continued to December 5, 2011 at 9am.

IT IS SO ORDERED.

DATED: FFĐÍ ĐF                  _/s/ Ronald M. Whyte_____
                                           RONALD M. WHYTE
                                           UNITED STATES DISTRICT JUDGE